

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:22cr87TSL-LGI

KINDLE TERRELL SAM  18 U.S.C. § 922(g)(3)

**The Grand Jury charges:**

That on or about March 2, 2021, in Neshoba County in the Northern Division of the Southern District of Mississippi and elsewhere, the defendant, **KINDLE TERRELL SAM**, knowing he was an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, knowingly possessed a firearm, in and affecting interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

<u>NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE</u>

As a result of committing the offense as alleged in this Indictment, the defendant, **KINDLE TERRELL SAM**, shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of the offense alleged in this indictment:

    A. **One (1) Glock Model 22, .40 caliber pistol, bearing a serial number of WDS888; and**
    B. **Any ammunition seized.**

Further, if any property described above, as a result of any act or omission of the

defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(l) and Title 28, United States Code, Section 2461.

*/s/ Darren J. LaMarca*
DARREN J. LAMARCA
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___ day of July 2022.

_____
UNITED STATES MAGISTRATE JUDGE